## HENSLEY *v.* THE STATE OF INDIANA.

[No. 21,738.    Filed December 15, 1910.]

CRIMINAL LAW.—*Unlawful Detention.—Overruling Motion to Discharge Defendant.—Final Judgment.—Appeal.*—The overruling of a motion to discharge defendant, who was indicted for murder, for the reason that he had been detained in prison without a trial for more than two terms of court, does not constitute a final judgment and cannot be appealed from.

From Hamilton Circuit Court; *Meade Vestal*, Judge.

Prosecution by The State of Indiana against James W. Hensley. From an order overruling defendant's motion for a discharge, he appeals. *Appeal dismissed.*

*Christian & Christian* and *W. A. Kittinger*, for appellant.

*James Bingham*, Attorney-General, *A. G. Cavins*, *E. M. White* and *W. H. Thompson*, for the State.

MONKS, J.—This is an appeal from the decision of the court below in overruling an application to discharge appellant under the provisions of §§2090, 2092 Burns 1908, Acts 1905 p. 584, §§219, 221. The ground alleged for the discharge was that "he had been detained in prison without a trial, to answer an indictment [for murder in the first degree], continuously for a continuous period of more than two terms of court after his arrest."

It is settled law in this State that appeals in criminal cases can only be taken from final judgments. *Erganbright* v. *State* (1897), 148 Ind. 180, and cases cited. The action of

the court in overruling the motion to discharge was not a final judgment. As no final judgment has been rendered in said cause, this court has no jurisdiction of this appeal.

The appeal is therefore dismissed.